**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 24-2090**

—————————

In re:  25350 PLEASANT VALLEY LLC,

        Debtor.

--------------------------------

ELSHAN BAYRAMOV,

        Appellant,

    v.

25350 PLEASANT VALLEY LLC,

        Debtor - Appellee,

    and

MAINSTREET BANK,

        Creditor - Appellee,

    and

JANET MARIE MEIBURGER, Chapter 7 Trustee,

        Trustee - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:24-cv-01373-LMB-WBP)

—————————

Submitted:  September 25, 2025                    Decided:  September 29, 2025

_____

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Elshan Bayramov, Appellant Pro Se.  Janet Marie Meiburger, JANET M. MEIBURGER TRUSTEE, Arlington, Virginia, for Trustee - Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elshan Bayramov appeals the district court's order affirming the bankruptcy court's orders denying his motions to reconvert 25350 Pleasant Valley LLC's Chapter 7 bankruptcy case to one under Chapter 11 and for a preliminary injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Bayramov v. 25350 Pleasant Valley LLC*, No. 1:24-cv-01373-LMB-WBP (E.D. Va. Oct. 18, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
